**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 257 MAL 2015
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
SCOTT KERNS, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.